IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ELECSYS CORPORATION, and AGJUNCTION,<br><br>Defendants. | 4:16CV3115<br><br>ORDER |

As to the Third-Party Complaint, the expert witness disclosure deadlines are amended as follows:

1) The deadlines for identifying rebuttal expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For Defendants and Third Party Plaintiff: November 10, 2017.

   For Third Party Defendant: December 8, 2017.

2) The deadlines for complete expert disclosures for all rebuttal experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For Defendants and Third Party Plaintiff: November 17, 2017.

   For Third Party Defendant: December 22, 2017.

Dated this 11th day of August, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge