## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation, | ) ) ) | Civil Action No. 4:16-cv-03115 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ELECSYS CORPORATION and AGJUNCTION f/k/a HEMISPHERE, a/k/a AGJUNCTION INC. f/k/a HEMISPHERE GPS INC., a/k/a AGJUNCTION LLC f/k/a HEMISPHERE GPS LLC, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| AGJUNCTION f/k/a HEMISPHERE, a/k/a AGJUNCTION INC. f/k/a HEMISPHERE GPS INC., a/k/a AGJUNCTION LLC f/k/a HEMISPHERE GPS LLC, | ) ) ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| HEMISPHERE GNSS, | ) ) | |
| Third Party Defendant. | ) ) ) | |

The expert witness disclosure deadlines are amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| Plaintiff's Experts on Affirmative Claims: | August 11, 2017 |
| Elecsys Corp.'s Experts on Counterclaims: | September 10, 2017 |
| Third-Party Plaintiff's Experts on Affirmative Claims As to Third Party Complaint: | November 10, 2017 |

| | |
|---|---|
| Defendants Rebuttal Experts: | November 10, 2017 |
| Plaintiff Rebuttal Experts on Counterclaims: | November 10, 2017 |
| Third Party Defendant Rebuttal Experts<br>As to Third Party Complaint: | December 8, 2017 |

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non- retained experts (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| Plaintiff's Experts on Affirmative Claims: | October 11, 2017 |
| Elecsys Corp.'s Experts on Counterclaims: | October 11, 2017 |
| Third-Party Plaintiff's Experts on Affirmative Claims<br>As to Third Party Complaint: | November 17, 2017 |
| Defendants Rebuttal Experts: | November 17, 2017 |
| Plaintiff Rebuttal Experts on Counterclaims: | November 17, 2017 |
| Third Party Defendant Rebuttal Experts<br>As to Third Party Complaint: | December 22, 2017 |

Dated this 17th day of August, 2017.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge