IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ELECSYS CORPORATION, and AGJUNCTION,<br><br>Defendants. | 4:16CV3115<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiff's unopposed motion, (Filing No. 73), is granted.

2) Plaintiff's damage expert report shall be disclosed on or before November 10, 2017.

3) The deadline for Defendants and Third Party Defendant to identify any expert witness expected to testify at trial in rebuttal to Plaintiff's claim for damages is extended to December 11, 2017.

4) The deadline for Defendants and Third Party Defendant to complete expert disclosures for any expert witness expected to testify at trial in rebuttal to Plaintiff's claim for damages is extended to December 18, 2017.

October 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge