IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECSYS CORPORATION and AGJUNCTION f/k/a HEMISPHERE, a/k/a AGJUNCTION INC. f/k/a HEMISPHERE GPS INC., a/k/a AGJUNCTION LLC f/k/a HEMISPHERE GPS LLC,<br><br>Defendants,<br><br>AGJUNCTION f/k/a HEMISPHERE, a/k/a AGJUNCTION INC. f/k/a HEMISPHERE GPS INC., a/k/a AGJUNCTION LLC f/k/a HEMISPHERE GPS LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HEMISPHERE GNSS,<br><br>Third Party Defendant. | 4:16CV3115<br><br>ORDER |

Pursuant to the parties' stipulation, (Filing No. 90), which is hereby approved,

IT IS ORDERED:

1) The motion filed by the AgJunction defendants requesting leave to file an Amended Third Party Complaint, (Filing No. 83), is granted. The Amended Third Party Complaint shall be filed on or before November 20, 2017.

2) The case progression order is amended as follows:

    a. The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is April 13, 2018.

Motions to compel Rule 33 through 36 discovery must be filed by April 13, 2018

**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

b. As to expert witnesses expected to testify at the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)),

   i. On or before December 4, 2017, Defendant and Third-Party Plaintiff AgJunction shall serve its expert disclosures as to the Affirmative Claims within the Third Party Complaint; and its rebuttal expert disclosures as to Plaintiff's affirmative claims.

   ii. The Third Party Defendant's rebuttal experts as to the Third Party Complaint shall be identified by February 2, 2018, with expert disclosures served on or before February 23, 2018.

c. The deposition deadline is April 13, 2018.

d. The deadline for filing motions to dismiss and motions for summary judgment is April 30, 2018. **The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after March 12, 2018.**[1]

e. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 30, 2018.

Dated this 13th day of November, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR [7.1.](#) For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.